**Order entered May 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-14-00247-CV

---

**BAYLOR UNIVERSITY MEDICAL CENTER, EDMUND SANCHEZ, M.D. AND SRINATH CHINNAKOTLA, M.D., Appellants**

**V.**

**HAROLD BIGGS, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF CHERI JEAN WELLS BIGGS, DECEASED, BRANDEN WELLS AND CHER BIGGS, Appellees**

---

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-05-11989**

---

## ORDER

We **REINSTATE** this appeal which was abated for settlement purposes. Because the Court has been informed the parties did not settle and only the clerk's record has been filed, we **ORDER** court reporter Vielica Dobbins to file the reporter's record no later than June 20, 2014.

/s/     ELIZABETH LANG-MIERS
        JUSTICE